```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 22572
   NATHOLEE E WARD
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-1403


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 06/15/2004 and was confirmed 08/12/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  61.09% from remaining funds.

     The case was paid in full 08/23/2007.
------------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
ACC INTERNATIONAL            UNSECURED       NOT FILED           .00            .00
AMERICAN GENERAL FINANCE     UNSECURED       NOT FILED           .00            .00
BURLINGTON COAT FACTORY      UNSECURED       NOT FILED           .00            .00
CITY OF CHICAGO PARKING      UNSECURED OTH      460.00           .00         280.97
COM ED                       UNSECURED       NOT FILED           .00            .00
DOCTOR                       UNSECURED       NOT FILED           .00            .00
GATEWAY CREDIT CARD PLAN     UNSECURED       NOT FILED           .00            .00
INSTANT CASH ADVANCE         UNSECURED       NOT FILED           .00            .00
MERCY HOSPITAL               UNSECURED       NOT FILED           .00            .00
NCO FINANCIAL SYSTEMS        UNSECURED       NOT FILED           .00            .00
NCO FINANCIAL SYSTEMS        UNSECURED       NOT FILED           .00            .00
SPRINT PCS                   UNSECURED       NOT FILED           .00            .00
CDA PONTIAC                  NOTICE ONLY     NOT FILED           .00            .00
TARGET STORES                UNSECURED       NOT FILED           .00            .00
TCF NATIONAL BANK            UNSECURED       NOT FILED           .00            .00
UNIVERSAL LENDERS INC        UNSECURED          282.31           .00         172.46
HOUSEHOLD AUTOMOTIVE FIN     SECURED          15265.00       1565.05       15265.00
HOUSEHOLD AUTOMOTIVE FIN     UNSECURED         6708.01           .00        4097.86
HOUSEHOLD AUTO FINANCE C     NOTICE ONLY     NOT FILED           .00            .00
NATIONWIDE COMMERCIAL LP     SECURED            500.00         51.34         500.00
NATIONWIDE COMMERCIAL LP     UNSECURED          230.50           .00         140.81
HOUSEHOLD AUTOMOTIVE FIN     NOTICE ONLY     NOT FILED           .00            .00
TIMOTHY K LIOU               REIMBURSEMENT      14.40            .00          14.40
AMERICAS FINANCIAL CHOIC     UNSECURED           77.00           .00          47.04
TIMOTHY K LIOU               DEBTOR ATTY     2,700.00                      2,700.00
TOM VAUGHN                   TRUSTEE                                       1,337.07
DEBTOR REFUND                REFUND                                          752.21


         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 22572 NATHOLEE E WARD
```

```
TRUSTEE                              26,924.21

PRIORITY                                                    14.40
SECURED                                                 15,765.00
    INTEREST                                             1,616.39
UNSECURED                                                4,739.14
ADMINISTRATIVE                                           2,700.00
TRUSTEE COMPENSATION                                     1,337.07
DEBTOR REFUND                                              752.21
                                     ---------------    ---------------
TOTALS                               26,924.21          26,924.21
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 11/29/07                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 04 B 22572 NATHOLEE E WARD